**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                  CASE NO. 6:01-CR-90-ORL-19KRS

BENJAMIN RUIZ, JR.

_____

ORDER

This case was considered by the Court on Petition on Probation and Supervised Release (Doc. No. 386, filed March 28, 2005), Report and Recommendation of the United States Magistrate Judge (Doc. No. 396, filed April 15, 2005), and Order to Show Cause at Final Revocation Hearing (Doc. No. 397, filed April 19, 2005) at a hearing held May 4, 2005 attended by Defendant, counsel for Defendant and counsel for the Government.  Upon hearing the matters presented, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 396) is **ADOPTED AND APPROVED,** there being no objection filed.

2. The Petition on Probation and Supervised Release (Doc. No. 386) is **GRANTED,** and the Defendant's supervised release (Doc. No. 264, filed November 21, 2001) is **REVOKED.**

3. Defendant shall be committed to the custody of the United States Bureau of Prisons to be incarcerated for a term of **4 months.**  The Defendant shall report at his own expense to the facility designated by the Bureau of Prisons to serve this sentence **on or before 2:00 p.m. on Friday, May 27, 2005** for service of this sentence.  Upon service of this sentence of imprisonment under the auspices of the Bureau of Prisons, Defendant shall

serve **2 years on supervised release.**

4. The Court has considered the factors enumerated in 18 United States Code Section 3553 including applicable advisory guidelines and policy statements issued by the U.S. Sentencing Commission in imposing this sentence.

5. In all other respects the Judgment in a Criminal Case (Doc. No. 264) remains in full force and effect.

6. Defendant has been advised of his right to appeal.

**DONE AND ORDERED** at Orlando, Florida, this   4th   day of May, 2005.

Copies to:

Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant